Exhibit "B"

**Motis Energy**
**a Division of PA IOS, LLC**
1 Eye Center Drive
Muncy, PA 17756
PH: 570.935.0838   Fax: 570.935.0839

Bill To

SWN Production Company, LLC
PO Box 672625
Houston, TX 77267-2625

# Invoice

| Date | Invoice # |
|---|---|
| 6/1/2016 | IOS-1576 |

AFE#:
Rig Name:
Well Name:
Property Number:
County/State:

| Major/Minor | Terms | Rental Period |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
|  | UNBILLED LEAP FROGS - MARCH 2015 |  |  |  |
| 3,255 | Period 3/1/15 through 3/7/15 |  | 4.50 | 14,647.50 |
| 3,255 | Period 3/8/15 through 3/14/15 |  | 4.50 | 14,647.50 |
| 3,480 | Period 3/15/15 through 3/21/15 |  | 4.50 | 15,660.00 |
| 4,395 | Period 3/22/15 through 3/28/15 |  | 4.50 | 19,777.50 |
| 2,247 | Period 3/29/15 through 3/31/15 |  | 4.50 | 10,111.50 |

Make all checks payable to:
Motis Energy
1 Eye Center Drive
Muncy, PA 17756
Thank you for your business!

| Sales Tax (6.0%) | $0.00 |
|---|---|
| **Total** | **$74,844.00** |

Motis Energy
a Division of PA IOS, LLC
1 Eye Center Drive
Muncy, PA 17756
PH: 570.935.0838  Fax: 570.935.0839

# Invoice

Bill To

SWN Production Company, LLC
PO Box 672625
Houston, TX 77267-2625

| Date | Invoice # |
|---|---|
| 6/1/2016 | IOS-1577 |

AFE#:
Rig Name:
Well Name:
Property Number:
County/State:

| Major/Minor | Terms | Rental Period |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
|  | UNBILLED LEAP FROGS - APRIL 2015 |  |  |  |
| 4,136 | Period 4/1/15 through 4/4/15 |  | 5.50 | 22,748.00 |
| 8,171 | Period 4/5/15 through 4/11/15 |  | 5.50 | 44,940.50 |
| 10,652 | Period 4/12/15 through 4/18/15 |  | 5.50 | 58,586.00 |
| 15,574 | Period 4/19/15 through 4/25/15 |  | 5.50 | 85,657.00 |
| 13,247 | Period 4/26/15 through 4/30/15 |  | 5.50 | 72,858.50 |

Make all checks payable to:
Motis Energy
1 Eye Center Drive
Muncy, PA 17756
Thank you for your business!

| Sales Tax (6.0%) | $0.00 |
|---|---|
| Total | $284,790.00 |

**Motis Energy**
**a Division of PA IOS, LLC**
1 Eye Center Drive
Muncy, PA 17756
PH: 570.935.0838  Fax: 570.935.0839

# Invoice

Bill To
SWN Production Company, LLC
PO Box 672625
Houston, TX 77267-2625

| Date | Invoice # |
|---|---|
| 6/1/2016 | IOS-1578 |

AFE#:
Rig Name:
Well Name:
Property Number:
County/State:

| Major/Minor | Terms | Rental Period |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
|  | UNBILLED LEAP FROGS - MAY 2015 |  |  |  |
| 5,778 | Period 5/1/15 through 5/2/15 |  | 5.50 | 31,779.00 |
| 19,745 | Period 5/3/15 through 5/9/15 |  | 5.50 | 108,597.50 |
| 15,520 | Period 5/10/15 thrugh 5/16/15 |  | 5.50 | 85,360.00 |
| 13,516 | Period 5/17/15 through 5/23/15 |  | 5.50 | 74,338.00 |
| 20,307 | Period 5/24/15 through 5/31/15 |  | 5.50 | 111,688.50 |

Make all checks payable to:
  Motis Energy
  1 Eye Center Drive
  Muncy, PA 17756
  Thank you for your business!

| | |
|---|---|
| Sales Tax (6.0%) | $0.00 |
| Total | $411,763.00 |

Motis Energy
a Division of PA IOS, LLC
1 Eye Center Drive
Muncy, PA 17756
PH: 570.935.0838   Fax: 570.935.0839

# Invoice

**Bill To**

SWN Production Company, LLC
PO Box 672625
Houston, TX 77267-2625

| Date | Invoice # |
|---|---|
| 6/1/2016 | IOS-1579 |

AFE#:
Rig Name:
Well Name:
Property Number:
County/State:

| Major/Minor | Terms | Rental Period |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
|  | UNBILLED LEAP FROGS - JUNE 2015 |  |  |  |
| 10,620 | Period 6/1/15 through 6/6/15 |  | 5.50 | 58,410.00 |
| 14,035 | Period 6/7/15 through 6/13/15 |  | 5.50 | 77,192.50 |
| 17,398 | Period 6/14/15 thrugh 6/20/15 |  | 5.50 | 95,689.00 |
| 27,650 | Period 6/21/15 through 6/27/15 |  | 5.50 | 152,075.00 |
| 11,850 | Period 6/28/15 through 6/30/15 |  | 5.50 | 65,175.00 |

Make all checks payable to:
Motis Energy
1 Eye Center Drive
Muncy, PA 17756
Thank you for your business!

| Sales Tax (6.0%) | $0.00 |
|---|---|
| **Total** | **$448,541.50** |

# Motis Energy
## a Division of PA IOS, LLC
1 Eye Center Drive  
Muncy, PA 17756  
PH: 570.935.0838   Fax: 570.935.0839

**Bill To**

SWN Production Company, LLC  
PO Box 672625  
Houston, TX 77267-2625

# Invoice

| Date | Invoice # |
|---|---|
| 6/1/2016 | IOS-1580 |

AFE#:  
Rig Name:  
Well Name:  
Property Number:  
County/State:

| Major/Minor | Terms | Rental Period |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
|  | UNBILLED LEAP FROGS - JULY 2015 |  |  |  |
| 7,279 | Period 7/1/15 through 7/4/15 |  | 5.50 | 40,034.50 |
| 11,693 | Period 7/5/15 through 7/11/15 |  | 5.50 | 64,311.50 |
| 10,200 | Period 7/12/15 thrugh 7/18/15 |  | 5.50 | 56,100.00 |
| 9,245 | Period 7/19/15 through 7/25/15 |  | 5.50 | 50,847.50 |
| 9,138 | Period 7/26/15 through 7/31/15 |  | 5.50 | 50,259.00 |

Make all checks payable to:  
Motis Energy  
1 Eye Center Drive  
Muncy, PA 17756  
Thank you for your business!

| | |
|---|---|
| Sales Tax (6.0%) | $0.00 |
| Total | $261,552.50 |

**Motis Energy**
a Division of PA IOS, LLC
1 Eye Center Drive
Muncy, PA 17756
PH: 570.935.0838  Fax: 570.935.0839

# Invoice

Bill To

SWN Production Company, LLC
PO Box 672625
Houston, TX 77267-2625

| Date | Invoice # |
|---|---|
| 6/1/2016 | IOS-1581 |

AFE#:
Rig Name:
Well Name:
Property Number:
County/State:

| Major/Minor | Terms | Rental Period |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | U/M | Rate | Amount |
|---|---|---|---|---|
|  | UNBILLED LEAP FROGS - AUGUST 2015 |  |  |  |
| 1,355 | Period 8/1/15 |  | 5.50 | 7,452.50 |
| 9,804 | Period 8/2/15 through 8/8/15 |  | 5.50 | 53,922.00 |
| 9,830 | Period 8/9/15 thrugh 8/15/15 |  | 5.50 | 54,065.00 |
| 11,310 | Period 8/16/15 through 8/22/15 |  | 5.50 | 62,205.00 |
| 18,128 | Period 8/23/15 through 8/31/15 |  | 5.50 | 99,704.00 |

Make all checks payable to:
Motis Energy
1 Eye Center Drive
Muncy, PA 17756
Thank you for your business!

| Sales Tax (6.0%) | $0.00 |
|---|---|
| Total | $277,348.50 |