## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOTIS ENERGY, LLC, | : | Electronically Filed |
| | : | |
| Plaintiff, | : | Case 4:17-cv-00160-MWB |
| | : | |
| v. | : | |
| | : | |
| SWN PRODUCTION | : | |
| COMPANY, | : | |
| LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _28^TH_ day of _MARCH_, 2017, it is hereby

ORDERED and DECREED that Defendant SWN Production Company LLC's

Motion to Dismiss Or, In The Alternative, To Transfer is GRANTED. Plaintiff's

Complaint is TRANSFERRED to the United States District Court for the Southern

District of Texas.

BY THE COURT:

Matthew W. Brann
United States District Judge